# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 593 |
| | : | |
| AMENDMENTS TO RULE 1905 OF THE | : | JUDICIAL ADMINISTRATION DOCKET |
| PENNSYLVANIA RULES OF JUDICIAL | : | |
| ADMINISTRATION | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of May, 2023, it is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1905 of the Pennsylvania Rules of Judicial Administration is amended in the form attached.

    To the extent that notice of proposed rulemaking would otherwise be required by Pa.R.J.A. 103, the immediate promulgation of the amendments is found to be in the interest of efficient administration.

    This Order shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective immediately.

Additions are bolded and are underlined.
Deletions are bolded and are bracketed.